

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00032-CV

**EX PARTE N.M.**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCM-23-0000020
Honorable M. Patrick Maguire, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's October 20, 2023 Order Denying Petition for Expunction is AFFIRMED. We order that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED October 16, 2024.

_____
Beth Watkins, Justice